UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                         Plaintiff,                07 CIV. 6017 (DAB) (KNF)
                                                         (ECF Case)
    v.

MERRILL LYNCH & CO., INC.                      NOTICE OF MOTION
                                                         TO INTERVENE AS
                        Defendant.                PLAINTIFF-INTERVENOR

-------------------------------------------------------------X     (Electronically filed)

To:    Michael J. O'Brien, Esq.
        Equal Employment Opportunity Commission
        33 Whitehall Street, 5th Floor
        New York, New York 10004
        Attorneys for Plaintiff
        (via CM/ECF)

        Mark S. Dichter, Esq.
        Morgan Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, Pennsylvania 19103-2921
        Attorneys for Defendant
        (via e-mail and overnight delivery)

Please take notice, that, for the reasons set forth in the accompanying Memorandum Of Law Of Plaintiff-Intervenor In Support Of His Motion To Intervene, the undersigned hereby makes a motion on behalf of Plaintiff-Intervenor Majid Borumand to intervene in the above-captioned matter pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and to file the Complaint Of Plaintiff-Intervenor Majid Borumand, which is annexed hereto as Exhibit A.

Dated: New York, New York
          August 3, 2007

Respectfully submitted,

MANGO & IACOVIELLO, LLP

By: _____
    Anthony G. Mango (AM-4962)

14 Penn Plaza, Suite 2200
New York, New York 10122
(212) 695-5454


LIDDLE & ROBINSON, L.L.P.


By:_____S/_____
    Michael E. Grenert (MG-2021)
    Jeffrey L. Liddle (JL-8256)
    James R. Hubbard (JH-3739)
    800 Third Avenue
New York, New York 10022
212-687-8500


Attorneys for Plaintiff-Intervenor
Majid Borumand