AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Equal Employment Opportunity Commission,

   Plaintiff,

v.

Merrill Lynch & Co., Inc.,

   Defendant.

APPEARANCE

Case Number: 07-Civ-6017 (DAB) (KNF)

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

 Plaintiff-Intervenor Majid Borumand

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 6, 2007 | s/ |
| Date | Signature |
| | James R. Hubbard    JH-3739 |
| | Print Name    Bar Number |
| | Liddle & Robinson, L.L.P., 800 Third Avenue |
| | Address |
| | New York   New York   10022 |
| | City   State   Zip Code |
| | (212) 687-8500   (212) 687-1505 |
| | Phone Number   Fax Number |