AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|----------|-------------|----------|

Equal Employment Opportunity
Commission,

**APPEARANCE**

            Plaintiff

      v.

Case Number: 07-Civ-6017 (DAB)(KNF)

Merrill Lynch & Co., Inc.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    Plaintiff-Intervenor
Majid Borumand

    I certify that I am admitted to practice in this court.

August 6, 2007
Date

Signature

Anthony G. Mango     (AM-4962)

Print Name               Bar Number
Mango & Iacoviello, LLP; 14 Penn Plaza

Address
New York          NY     10122

City              State         Zip Code
(212) 695-5454     (212) 695-0797

Phone Number               Fax Number