AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Equal Employment Opportunity
Commission,
    Plaintiff,

   v.

Merrill Lynch & Co., Inc.,
    Defendant.

APPEARANCE

Case Number: 07-Civ-6017 (DAB) (KNF)

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

 Plaintiff-Intervenor Majid Borumand

I certify that I am admitted to practice in this court.

Aug 6, 2007
Date

[Signature]

Jeffrey L. Liddle         JL-8256
Print Name            Bar Number

Liddle & Robinson, L.L.P., 800 Third Avenue
Address

| New York | New York | 10022 |
| City | State | Zip Code |

| (212) 687-8500 | (212) 687-1505 |
| Phone Number | Fax Number |