Edward Cerasia II (EC-8297)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212.309.6000

Attorneys for Defendant
 Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
EQUAL EMPLOYMENT OPPORTUNITY                                     :
COMMISSION,                                                      :
                                                                 :
                        Plaintiff,            :   07 CIV 6017 (DAB-KNF)
                                                                 :
         - against -                          :   Document Electronically Filed
                                                                 :
MERRILL LYNCH & CO., INC.,                    :   **DEFENDANT'S RULE 7.1**
                                                                 :   **DISCLOSURE STATEMENT**
                        Defendant.            :
                                                                 :
-----------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated, a subsidiary of Merrill Lynch & Co., Inc., state that Merrill Lynch & Co., Inc. is a publicly held corporation whose shares

-2-

are traded on the New York Stock Exchange and has no parent company. Based upon information and belief, the undersigned further states that no publicly held corporation owns 10% or more of the common stock of Merrill Lynch & Co., Inc.

Dated: New York, New York
      September 10, 2007

                              Respectfully submitted,

                              MORGAN, LEWIS & BOCKIUS LLP

                              By _____
                                 Edward Cerasia II (EC-8297)

## CERTIFICATE OF SERVICE

I hereby certify that, on September 10, 2007, I caused to be served a true and correct copy of the foregoing Defendant's Rule 7.1 Disclosure Statement by the Electronic Case Filing system and U.S. first-class mail, postage prepaid, on the following counsel of record for plaintiff:

> Elizabeth A. Grossman
> Lisa Sirkin
> Michael J. O'Brien
> U.S. Equal Employment Opportunity Commission
> New York District Office
> 33 Whitehall Street, 5th Floor
> New York, New York 10004-2112

*/s/ Edward Cerasia II*
_____
Edward Cerasia II