Edward Cerasia II (EC-8297)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212.309.6000

Attorneys for Defendant
Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
:
               Plaintiff, :   07-CV-6017 (DAB-KNF)
:
     - against - :
:
MERRILL LYNCH & CO., INC., :
:
             Defendant. :
:
------------------------------------------------------------x

## [PROPOSED] ORDER TO ADMIT MARK S. DICHTER PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Mark S. Dichter, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

SO ORDERED:

Dated: New York, New York
           _____ \_\_\_\_, 2007

Deborah A. Batts  10/2/07
United States District Judge