**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------**x**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | **:** | |
| **COMMISSION,** | **:** | **CIVIL ACTION NO.** |
| | **:** | |
| **Plaintiff,** | **:** | **07-CIV-6017 (DAB) (KNF)** |
| | **:** | |
| **and** | **:** | |
| | **:** | |
| **MAJID BORUMAND,** | **:** | |
| | **:** | |
| **Plaintiff-Intervenor** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **MERRILL LYNCH & CO., INC.** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

------------------------------------------------------------**x**

### NOTICE OF RULE 16 CONFERENCE

Plaintiff Equal Employment Opportunity Commission respectfully files this

Notice that the Court, pursuant to Federal Rule of Civil Procedure 16, will hold a Conference at

10:30 a.m. on January 11, 2008.

**/S/ MICHAEL J. O'BRIEN**

Michael J. O'Brien, MOB-6409
Senior Trial Attorney

Equal Employment Opportunity
Commission
33 Whitehall Street, 5th Floor
New York, New York  10004-2112
tel:    (212) 336-3694
fax:    (212) 336-3623
email:  michael.obrien@eeoc.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 14, 2007, I electronically filed the

foregoing document with the Clerk of the Court via the CM/ECF system, which will send an

electronic copy to the following counsel of record:

Anthony G. Mango, Esq.                   Michael G. Grenert, Esq.
Mango & Iacovielli, LLP                  Liddle & Robinson, LLP
14 Penn Plaza, Suite 2200                800 Third Avenue
New York, New York  10122-2202           New York, New York  10022-7769


Edward Cerasia, II, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178-0060

         **I HEREBY CERTIFY** that, on December 14, 2007, I sent a true and correct

copy of the electronically-filed foregoing document to the following counsel of record via first

class mail, postage prepaid:

Anthony G. Mango, Esq.                   Michael G. Grenert, Esq.
Mango & Iacovielli, LLP                  Liddle & Robinson, LLP
14 Penn Plaza, Suite 2200                800 Third Avenue
New York, New York  10122-2202           New York, New York  10022-7769

Edward Cerasia, II, Esq.                 Mark S. Dichter, Esq.
Morgan Lewis & Bockius LLP               Morgan Lewis & Bockius LLP
101 Park Avenue                          1701 Market Street
New York, New York  10178-0060           Philadelphia, Pennsylvania  19103-2921


                              **/S/ MICHAEL J. O'BRIEN**

                              Michael J. O'Brien, MOB-6409
                              Senior Trial Attorney