UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                              Plaintiff,

     v.

MERRILL LYNCH & CO., INC.,

                              Defendant.
-----------------------------------------------------------X
MAJID BORUMAND,

                              Plaintiff-Intervenor,

     v.

MERRILL LYNCH & CO., INC.,

                              Defendant.
-----------------------------------------------------------X

07-Civ-6017 (DAB) (KNF)
(ECF Case)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2008

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action that, pursuant to Rule 15(a)(2), plaintiff Equal Employment Opportunity Commission may amend its complaint to add Merrill Lynch, Pierce, Fenner & Smith Incorporated as a defendant and plaintiff-intervenor Majid Borumand may amend his complaint to add Merrill Lynch, Pierce, Fenner & Smith Incorporated as a defendant, and that the captions shall be amended to reflect the addition of Merrill Lynch, Pierce, Fenner & Smith Incorporated as a defendant of the claims of both plaintiff and plaintiff-intervenor.

Dated: New York, New York
       February 14, 2008


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By: _____
    Michael J. O'Brien, Esq.
Attorney for Plaintiff
33 Whitehall Street, 5th Floor
New York, New York 10004
(212) 336-3694

| LIDDLE & ROBINSON, L.L.P. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *[signature]* 2/19/08<br>Michael E. Grenert<br>800 Third Avenue<br>New York, New York 10017<br>(212) 687-8500<br>Attorneys for Plaintiff-Intervenor | By: *[signature]*<br>Edward Cerasia II<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-7011<br>Attorneys for Defendant and Merrill Lynch,<br>Pierce, Fenner & Smith Incorporated |

Anthony G. Mango, Esq.
Mango & Iacoviello, LLP
14 Penn Plaza, Suite 2200
New York, New York 10122
Co-counsel for Plaintiff-Intervenor

SO ORDERED:

Dated: New York, New York
       February 21, 2008

*[signature: Deborah A. Batts]*
Deborah A. Batts
United States District Judge

2

Dated: New York, New York
       February 14, 2008


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____  2/14/08
    Michael J. O'Brien, Esq.   MO3-6409
Attorney for Plaintiff
33 Whitehall Street, 5th Floor
New York, New York 10004
(212) 336-3694

LIDDLE & ROBINSON, L.L.P.                    MORGAN, LEWIS & BOCKIUS LLP


By: _____                By: _____
    Michael E. Grenert                           Edward Cerasia II
800 Third Avenue                             101 Park Avenue
New York, New York 10017                     New York, New York 10178
(212) 687-8500                               (212) 309-7011
Attorneys for Plaintiff-Intervenor           Attorneys for Defendant and Merrill Lynch,
                                             Pierce, Fenner & Smith Incorporated

Anthony G. Mango, Esq.
Mango & Iacoviello, LLP
14 Penn Plaza, Suite 2200
New York, New York 10122
Co-counsel for Plaintiff-Intervenor

SO ORDERED:

Dated: New York, New York
       February __, 2008



_____
    Deborah A. Batts
    United States District Judge

2