UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                  Plaintiff,

- against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

                  Defendants.

07 CIV 6017 (DAB-KNF)

Notice of Appearance

---------------------------------------------------------------x

MAJID BORUMAND,

                  Plaintiff-Intervenor,

- against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

                  Defendants.

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively as "Merrill Lynch").

KL3 2666809.3

The undersigned is admitted to practice before this Court.

Dated: New York, New York                Respectfully submitted,
       July 17, 2008

                                         Kramer Levin Naftalis & Frankel LLP


                                         By:_____/s/ Kevin B. Leblang_____
                                                    Kevin B. Leblang

                                         1177 Avenue of the Americas
                                         New York, New York  10036
                                         (212) 715-9100

                                         Attorneys for the Merrill Lynch

KL3 2666809.3