UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                      Plaintiff,

      - against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

                      Defendants.

------------------------------------------------------------x

MAJID BORUMAND,

                      Plaintiff-Intervenor,

      - against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

                      Defendants.

------------------------------------------------------------x

07 CIV 6017 (DAB-KNF)

<u>Notice of Appearance</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively as "Merrill Lynch").

KL3 2666809.3

The undersigned is admitted to practice before this Court.

Dated: New York, New York          Respectfully submitted,
       July 17, 2008

                                    Kramer Levin Naftalis & Frankel LLP

                                    By: _____ /s/ Norman C. Simon _____
                                                 Norman C. Simon

                                    1177 Avenue of the Americas
                                    New York, New York   10036
                                    (212) 715-9100

                                    Attorneys for the Merrill Lynch

KL3 2666809.3