UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

 - against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

      Defendants.
---------------------------------------------------------------x

MAJID BORUMAND,

      Plaintiff-Intervenor,

 - against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

      Defendants.
---------------------------------------------------------------x

07 CIV 6017 (DAB-KNF)

<u>Notice of Appearance</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively as "Merrill Lynch").

KL3 2666809.3

The undersigned is admitted to practice before this Court.

Dated: New York, New York
July 17, 2008

Respectfully submitted,

Kramer Levin Naftalis & Frankel LLP

By: /s/ Melissa J. Prober
Melissa J. Prober

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for the Merrill Lynch

KL3 2666809.3