USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

- against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

               Defendants.

------------------------------------------------------x

MAJID BORUMAND,

               Plaintiff-Intervenor,

- against -

MERRILL LYNCH & CO., INC., and
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

               Defendants.

------------------------------------------------------x

07 CIV 6017 (DAB-KNF)

**NOTICE OF SUBSTITUTION
OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Kramer Levin Naftalis & Frankel LLP will be and hereby is substituted for the law firm of Morgan, Lewis & Bockius LLP, as

KL3 2668058.1

counsel of record in this action for defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Dated: New York, New York
July 21, 2008

Morgan, Lewis & Bockius LLP

By: *Edward Cerasia*
Edward Cerasia II

101 Park Avenue
New York, New York 10178
(212) 309-6000

Kramer Levin Naftalis & Frankel LLP

By: *Norman C. Simon*
Kevin B. Leblang
Norman C. Simon

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

CONSENTED TO this 17th day of July, 2008.

Merrill Lynch & Co., Inc. and
Merrill Lynch, Pierce, Fenner &
Smith Incorporated.

By: *[signature]*
Cathy So
Director, Employment Law

SO ORDERED this ____ day of July, 2008.

*Deborah A. Batts*
Deborah A. Batts, U.S.D.J. 8/7/2008

- 2 -

KL3 2668058 1