KRAMER LEVIN NAFTALIS & FRANKEL LLP



NORMAN C. SIMON
PARTNER
PHONE 212-715-7816
FAX 212-715-8054
NSIMON@KRAMERLEVIN.COM

**MEMO ENDORSED**

September 15, 2008

BY HAND

The Honorable Deborah Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

RECEIVED
SEP 16 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re:   *Equal Employment Opportunity Commission/Majid Borumand v. Merrill Lynch & Co., Inc., et al.*
07-Civ-6017 (DAB) (KNF)

Dear Judge Batts:

      We represent defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc. (collectively, "Merrill Lynch") in the above-captioned matter. On Friday, September 12, 2008, Plaintiff-Intervenor submitted a seven-page letter in violation of Your Honor's rules requesting a pre-motion conference seeking the Court's involvement on several discovery matters. We intend to defend the allegations raised in Plaintiff-Intervenor's letter, as well as to seek relief from the Court for Plaintiff-Intervenor's discovery shortcomings. Plaintiff-Intervenor's deposition is scheduled for tomorrow. In light of the length of Plaintiff-Intervenor's letter and the intervening deposition, which we expect will provide information that we will want to bring to the Court's attention, we respectfully request that the Court allow us to submit a response on Monday, September 20, 2008. Thank you for your consideration.

*granted*
DAB
9/17/08

22
DAB
9/17/08

Sincerely,

Norman C. Simon

**MEMO ENDORSED**

**SO ORDERED**

Deborah A. Batts  9/17/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:   Michael Grenert, Esq. (by electronic mail)
      Michael O'Brien, Esq. (by electronic mail)
      Kevin Leblang, Esq.